UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

MONICA J. DENNIS,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.,
d/b/a CENTRAL FINANCIAL CONTROL,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, MONICA J. DENNIS, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, SYNDICATED OFFICE SYSTEMS, INC., d/b/a CENTRAL FINANCIAL CONTROL, is a professional corporation and citizen of the State of Texas with its principal place of business at Suite 1400, 1445 Ross Avenue, Dallas, Texas 75202.

## FACTUAL ALLEGATIONS

5. Defendant, or another party acting on its behalf, left the following message on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

> **August 25, 2009 – Pre-recorded Message**
> I have a message from Central Financial Control for Deloris Joseph regarding a personal business matter. Please call 800-345-4261 between the hours of 8 AM and 5 PM Monday through Friday. Once again the number to call is 800-345-4261. Thank you.
>
> **August 27, 2009 – Pre-recorded Message**
> is not available, please press 2. To speak with a customer service representative, press the * key. I have an important message from Central Financial Control for _____ regarding a personal business matter. Please call between the hours of 8 AM and 5 PM Monday through Friday. Once again the number to call is _____. Thank you.
>
> **September 17, 2009 –Pre-recorded Message**
> from Central Financial Control for Deloris Joseph regarding a personal business matter.  Please call 800-345-4261 between the hours of 8 AM and 5 PM Monday through Friday.  Once again, the number to call is 800-345-4261.  Thank you.

6. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

7. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

8. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a. Damages;

   b. a declaration that Defendant calls violate the TCPA;

   c. a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

   d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: s/ Donald A. Yarbrough
>    Donald A. Yarbrough, Esq.
>    Florida Bar No. 0158658