UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60575-Civ-Williams/Seltzer

MONICA J. DENNIS,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.,
d/b/a CENTRAL FINANCIAL CONTROL,

    Defendant.

_____/

## FIRST AMENDED COMPLAINT
## JURY DEMAND

    1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

### JURISDICTION AND VENUE

    2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

### PARTIES

    3.    Plaintiff, MONICA J. DENNIS, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

    4.    Defendant, SYNDICATED OFFICE SYSTEMS, INC., d/b/a CENTRAL FINANCIAL CONTROL, is a professional corporation and citizen of the State of Texas

with its principal place of business at Suite 1400, 1445 Ross Avenue, Dallas, Texas 75202.

## FACTUAL ALLEGATIONS

5. Defendant, or another party acting on its behalf, left the following pre-recorded messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

### August 27, 2008 – Pre-recorded Message
is not available, please press 2. To speak with a customer service representative, press the * key. I have an important message from Central Financial Control for regarding a personal business matter. Please call between the hours of 8 AM and 5 PM Monday through Friday. Once again the number to call is. Thank you.

### August 25, 2009 – Pre-recorded Message
I have a message from Central Financial Control for Deloris Joseph regarding a personal business matter. Please call 800-345-4261 between the hours of 8 AM and 5 PM Monday through Friday. Once again the number to call is 800-345-4261. Thank you.

### September 17, 2009 –Pre-recorded Message
from Central Financial Control for Deloris Joseph regarding a personal business matter.  Please call 800-345-4261 between the hours of 8 AM and 5 PM Monday through Friday.  Once again, the number to call is 800-345-4261.  Thank you.

6. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

7. On or about January 10, 2008 at approximately 11:14 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

8. On or about January 10, 2008 at approximately 3:33 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

9. On or about April 22, 2008 at approximately 12:53 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

10. On or about April 29, 2008 at approximately 10:02 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

11. On or about May 7, 2008 at approximately 11:16 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

12. On or about June 10, 2008 at approximately 12:24 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

13. On or about June 10, 2008 at approximately 12:36 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

14. On or about June 20, 2008 at approximately 10:06 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

15. On or about June 25, 2008 at approximately 1:58 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

16. On or about August 13, 2008 at approximately 12:37 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

17. On or about August 13, 2008 at approximately 1:41 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

18. On or about August 27, 2008 at approximately 3:51 PM Defendant used a "dialer" to place a telephone to call to Plaintiff's cellular telephone number.

19. On or about September 9, 2008 at approximately 2:02 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

20. On or about September 23, 2008 Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

21. On or about September 24, 2008 at approximately 12:38 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

22. On or about September 24, 2008 at approximately 2:13 PM Defendant used a "dialer" to place a telephone to call to Plaintiff's cellular telephone number.

23. On or about September 24, 2008 at approximately 3:17 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number

24. On or about October 8, 2008 at approximately 1:21 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

25. On or about October 8, 2008 at approximately 3:23 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

26. On or about October 23, 2008 at approximately 2:54 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

27. On or about November 7, 2008 Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

28. On or about November 12, 2008 at approximately 1:57 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

29. On or about November 24, 2008 at approximately 1:47 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

30. On or about November 25, 2008 at approximately 6:36 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

31. On or about November 26, 2008 at approximately 6:00 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

32. On or about December 17, 2008 at approximately 12:42 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

33. On or about December 24, 2008 at approximately 10:37 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

34. On or about December 30, 2008 at approximately 2:39 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

35. On or about February 4, 2009 at approximately 1:39 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

36. On or about February 4, 2009 at approximately 1:40 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

37. On or about February 26, 2009 at approximately 12:25 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

38. On or about February 26, 2009 at approximately 1:32 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

39. On or about May 6, 2009 at approximately 10:12 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

40. On or about May 6, 2009 at approximately 9:23 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

41. On or about May 14, 2009 at approximately 8:37 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

42. On or about May 27, 2009 at approximately 10:42AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

43. On or about July 9, 2009 at approximately 3:16 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

44. On or about July 23, 2009 at approximately 2:36 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

45. On or about July 24, 2009 at approximately 11:49 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

46. On or about August 5, 2009 at approximately 1:32 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

47. On or about August 18, 2009 at approximately 12:21 PM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

48. On or about August 25, 2009 at approximately 9:02 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

49. On or about September 2, 2009 at approximately 10:09 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

50. On or about September 17, 2009 at approximately 9:47 AM Defendant used a "dialer" to place a telephone call to Plaintiff's cellular telephone number.

51. Defendant, or another party acting on its behalf, left similar or identical messages on other occasions using an automated telephone dialing system or pre-recorded or artificial voice on Plaintiff's cellular telephone. (Collectively, "the telephone messages").

52. Defendant's "dialer" is an automatic telephone dialing system.

53. None of Defendants telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

54. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

55. Plaintiff incorporates Paragraphs 1 through 54.

56. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant calls violate the TCPA;

    c. a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339

       Telephone: 954-537-2000
       Facsimile: 954-566-2235
       donyarbrough@mindspring.com


  By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60575-Civ-Williams/Seltzer

MONICA J. DENNIS,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.,
D/B/A CENTRAL FINANCIAL CONTROL,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 5, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Donald A. Yarbrough
                                                  Donald A. Yarbrough, Esq.

## SERVICE LIST

Alan D. Lash, Esq.
Attorney for Defendant
Lash & Goldberg LLP
Bank of America Tower, Suite 1200
100 SE Second Street
Miami, FL 33131
Telephone: 305-347-4040
Facsimile: 305-347-4050

Via Notices of Electronic Filing generated by CM/ECF