UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60575-Civ-Williams/Seltzer

MONICA J. DENNIS,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.,
D/B/A CENTRAL FINANCIAL CONTROL

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Alan D. Lash, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Lash & Goldberg LLP |
| Fort Lauderdale, Florida  33339 | Miami Tower, Suite 1200 |
| Telephone: 954-537-2000 | 100 SE Second Street |
| Facsimile: 954-566-2235 | Miami, FL 33131 |
| | Telephone: 305-347-4040 |
| | Facsimile: 305-347-4050 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Alan D. Lash |
| Donald A. Yarbrough, Esq. | Alan D. Lash, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60575-Civ-Williams/Seltzer

MONICA J. DENNIS,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.,
D/B/A CENTRAL FINANCIAL CONTROL

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>January 4, 2012</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                      <u>s/Donald A. Yarbrough</u>
                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Alan D. Lash, Esq.
Lash & Goldberg LLP
Miami Tower, Suite 1200
100 SE Second Street
Miami, FL 33131
Telephone: 305-347-4040
Facsimile: 305-347-4050

<u>Via Notices of Electronic Filing generated by CM/ECF</u>