UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-60575-Civ-Williams/Seltzer

MONICA J. DENNIS,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.,
D/B/A CENTRAL FINANCIAL CONTROL,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice (DE 50), and the Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees and costs. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in the Southern District of Florida this 7th day of January, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
       Alan D. Lash, Esq., Counsel for Defendant